UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXT GENERATION CAPITAL LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>MARY THAI, et al. and DOES 1–10,<br><br>    Defendants. | Case No.: 4:13-cv-03948-YGR<br><br>**ORDER DENYING APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON PLAINTIFFS' MOTION TO REMAND TO STATE COURT** |

Plaintiff has filed an Ex Parte Application for Order Shortening Time for Hearing on Plaintiffs' Motion to Remand to State Court. (Dkt. No. 14.) Plaintiff's request is **DENIED** for failure to comply with the Civil Local Rules.

Civ. L.R. 7-10 provides: "Unless otherwise ordered by the assigned Judge, a party may file an *ex parte* motion, that is, a motion filed without notice to opposing party, <u>only if a statute, Federal Rule, local rule or Standing Order authorizes</u> the filing of an *ex parte* motion in the circumstances and the party has complied with the applicable provisions allowing the party to approach the Court on an *ex parte* basis. The motion must include a citation to the statute, rule or order which permits the use of an *ex parte* motion to obtain the relief sought." (Underlined emphasis supplied.) Civ. L.R. 6-1 and 6-3 govern requests to shorten time and do not authorize an *ex parte* application. Moreover, Plaintiff's application does not meet the requirements of Civ. L.R. 6-3. For these reasons, Plaintiff's request is **DENIED**.

Plaintiff shall notice the pending Motion to Remand to State Court on the undersigned Judge's motion calendar pursuant to Civ. L-R 7-2.

This Order terminates Dkt. No. 14.

**IT IS SO ORDERED.**

Dated: October 8, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**